AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | | |
|---|---|---|
| United States of America<br>v.<br>ANTONIO RICHARD<br>aka "Tek" | )<br>)<br>)<br>) | Case No: 4:11CR40037-046<br>USM No: 10708-010 |
| Date of Original Judgment: 08/01/2012<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) | Bruce D. Eddy<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __37__ months **is reduced to** __30 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __08/01/2012__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  __12/19/2014__          __/s/P.K. Holmes,III__
                                              *Judge's signature*

Effective Date: _____     Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*                    *Printed name and title*